FILED
2006 Nov-14  PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CARROLL & GREEN GROUP-GULF SHORES, LLC. | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:06-cv-1567-JHH |
| | ) | |
| RIVERBROOKE CAPITAL PARTNERS, LLC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MEMORANDUM OF DECISION

On August 9, 2006 defendant removed (doc. #1) to this court an action initiated by plaintiff's complaint filed July 10, 2006 in the Circuit Court of Jefferson County.  The complaint contained a claim for breach of contract, a claim on account stated, a claim for unjust enrichment, a claim for open account, and a claim for violation of Code of Alabama 1975 § 8-29-1 *et seq.* (Prompt Pay Act). The only prayer for relief was for judgment of $841,369.52, together with interest, attorney's fees and costs.[1]  As the October 25, 2006 order (doc. #11) reflects and

---

[1] It also included the usual "further and different relief to which it may be entitled or as this Court may deem appropriate."

1

the November 8, 2006 response (doc. #12) of plaintiff to such order confirms, the filing of such breach of contract action effectively violated the parties' February 13, 2006 contract which provided for compulsory and binding arbitration, but only after an effort by the parties to resolve the dispute by mediation.

In its November 8, 2006 response (doc. #12) plaintiff requests the court to stay the action improperly commenced by its complaint and to order the parties to mediate the dispute, and if unsuccessful, to arbitrate it. To grant such request would be contrary to the "clean hands doctrine." Since insufficient cause has been shown as required by the October 25, 2006 order, a separate order dismissing this action, without prejudice, will be entered.

**DONE** this the __14th__ day of November, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

2